HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LYDIG CONSTRUCTION, INC., <br><br> Plaintiff, <br><br> v. <br><br> INDIAN HARBOR INSURANCE COMPANY, <br><br> Defendant. | NO. 2:19-CV-02039 JLR <br><br> STIPULATION REQUESTING 45-DAY EXTENSION OF DEADLINES IN DKT. # 9 AND Order <br><br> **NOTE ON MOTION CALENDAR:** February 19, 2020 |

*(handwritten: JLR)*

## I.   STIPULATION

The parties have conferred regarding the deadlines set forth in Court's Order Regarding Initial Disclosures, Joint Status Report and Early Settlement (Dkt. # 9). The parties are requesting a 45-day extension of the deadlines in Dkt. # 9. An underlying arbitration took place between plaintiff and separate entities, Nordholm Rentals, Gregory E. Nordholm P.S., and Gregory Nordholm, all insured by defendant, and the award is expected to be issued no later than March 2, 2020. Upon receipt of the same, the parties will have the necessary information to determinate whether to pursue an early mediation. This will in turn determine whether the parties should move forward with Initial Disclosures and the Joint Status Report. Moreover, the arbitration award will provide the framework of the disputed issues to be addressed by the parties in the subject litigation. Consequently, the specific

STIPULATION REQUESTING 45-DAY EXTENSION OF
DEADLINES IN DKT. # 9 - 1
(NO. 2:19-CV- 02039 JLR)

**Ashbaugh Beal**
701 FIFTH AVE., SUITE 4400
SEATTLE, WA 98104
T. 206.386.5900  F. 206.344.7400

discovery required by the Initial Disclosures and the topics to be addressed in the Joint Status Report will be heavily influenced by the substance of the arbitration award. The parties believe this in the best interests of judicial economy and constitutes good cause under FRCP 16(b)(4) for the purpose of extending the deadlines in Dkt. # 9.

DATED this 19th day of February, 2020.

| ASHBAUGH BEAL | DUANE MORRIS |
|---|---|
| By s/ Robert S. Marconi<br>Robert S. Marconi, WSBA #16369<br>bmarconi@ashbaughbeal.com<br>Rebecca S. Ashbaugh, WSBA #38186<br>bashbaugh@ashbaughbeal.com<br>*Attorneys for Plaintiff* | By s/ Galina K. Jakobson<br>Daniel B. Heidtke, WSBA #51034<br>dbheidtke@duanemorris.com<br>Galina K. Jakobson, #49501<br>gkjakobson@duanemorris.com<br>Max H. Stern, *Pro Hac Vice*<br>mhstern@duanemorris.com<br>*Attorneys for Defendant* |

DUNN & BLACK

By s/ Richard T. Wetmore
Richard T. Wetmore, WSBA #40396
rwetmore@dunnandblack.com
*Attorneys for Plaintiff*

## II. ORDER

IT IS SO ORDERED.

DATED this 20th day of February, 2020.

JUDGE JAMES L. ROBART
United States District Judge

STIPULATION REQUESTING 45-DAY EXTENSION OF
DEADLINES IN DKT. # 9 - 2
(NO. 2:19-CV- 02039 JLR)

**Ashbaugh Beal**
701 FIFTH AVE., SUITE 4400
SEATTLE, WA 98104
T. 206.386.5900 F. 206.344.7400

1  Presented by:

2  ASHBAUGH BEAL

3  By s/ Robert S. Marconi
   Robert S. Marconi, WSBA #16369
4  bmarconi@ashbaughbeal.com
   Rebecca S. Ashbaugh, WSBA #38186
5  bashbaugh@ashbaughbeal.com
   Attorneys for Plaintiff
6

7  DUANE MORRIS

8  By s/ Galina K. Jakobson
   Daniel B. Heidtke, WSBA #51034
9  dbheidtke@duanemorris.com
   Galina K. Jakobson, #49501
10 gkjakobson@duanemorris.com
   Max H. Stern, *Pro Hac Vice*
11 mhstern@duanemorris.com
   *Attorneys for Defendant*
12

13 DUNN & BLACK

14 By s/ Richard T. Wetmore
   Richard T. Wetmore, WSBA #40396
15 rwetmore@dunnandblack.com
   *Attorneys for Plaintiff*

16

17

18

19

20

21

22

23

24

STIPULATION REQUESTING 45-DAY EXTENSION OF
DEADLINES IN DKT. # 9 - 3
(NO. 2:19-CV- 02039 JLR)

**Ashbaugh Beal**
701 FIFTH AVE., SUITE 4400
SEATTLE, WA 98104
T. 206.386.5900 F. 206.344.7400

### CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Daniel B. Heidtke
dbheidtke@duanemorris.com
Galina K. Jakobson
gkjakobson@duanemorris.com
DUANE MORRIS
801 Second Ave., Suite 800
Seattle, WA 98104
*Attorneys for Defendant*

Max H. Stern, *Pro Hac Vice*
mhstern@duanemorris.com
DUANE MORRIS
One Market Plaza, Spear Tower
Suite 2200
San Francisco, CA 94105
*Attorneys for Defendant*

Richard T. Wetmore
rwetmore@dunnandblack.com
DUNN & BLACK
111 North Post, Ste. 300
Spokane, WA 99201
*Attorneys for Plaintiff*

The foregoing is true and correct to the best of my knowledge and belief.

Dated February 19, 2020, at Seattle, Washington.

*s/ Citty Brugalette*
Citty Brugalette, Legal Assistant

STIPULATION REQUESTING 45-DAY EXTENSION OF
DEADLINES IN DKT. # 9 - 4
(NO. 2:19-CV- 02039 JLR)

Ashbaugh Beal
701 FIFTH AVE., SUITE 4400
SEATTLE, WA 98104
T. 206.386.5900  F. 206.344.7400